**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| CAT SCALE COMPANY, | Case No. _____ |
| Plaintiff, | |
| v. | |
| TRUCKPAY, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT

Plaintiff CAT Scale Company ("CAT Scale" or "Plaintiff"), for its Complaint against Defendant TruckPay, Inc. (referred to herein as "TruckPay" or "Defendant"), alleges the following:

### NATURE OF THE ACTION

1.      This is an action for unfair competition, false advertising, false designation of origin, false association, and false endorsement arising under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) and patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

### THE PARTIES

2.      CAT Scale is a corporation organized under the laws of the State of Iowa with a principal place of business at 515 Sterling Drive, Walcott, Iowa 52773.

3.      On information and belief, TruckPay is a corporation organized under the laws of the State of Delaware with a place of business at 15 Central Avenue, Tenafly, New Jersey 07670.

### JURISDICTION AND VENUE

4.      Counts I and II of this Complaint arise under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) for unfair competition, false advertising, false designation of origin, false

association, and false endorsement.  This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, and 1338(a) for Counts I and II.

5.    Counts III, IV, and V of this Complaint arise under the patent laws of the United States, Title 35 of the United States Code, for patent infringement.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332, and 1338(a) for Counts III, IV, and V.

6.    On information and belief, TruckPay has made material, false statements relating to its own products and services in comparison to others' products and services (including CAT Scale's) with an intent to deceive throughout the United States, including in this judicial district.

7.    On information and belief, TruckPay regularly and systematically transacts business in the State of Iowa and in this judicial district.  On information and belief, TruckPay sells, offers to sell, and/or uses products and services throughout the United States, including in this judicial district.

8.    On information and belief, TruckPay introduces its infringing products and services into the stream of commerce knowing that they would be sold and/or used throughout the United States in interstate commerce, including in this judicial district.

9.    This Court has personal jurisdiction over TruckPay under the laws of the State of Iowa due at least to TruckPay's substantial business in Iowa and in this judicial district, directly or through intermediaries, including regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in the State of Iowa and where at least a portion of the infringement alleged herein has occurred in this judicial district.

10.    Venue is proper in this district pursuant to 28 U.S.C. § 1391, as a substantial part of the events giving rise to the claims occurred in this district.  TruckPay has made material, false statements relating to its products and services in comparison to CAT Scale's products and services with an intent

2

to deceive third-parties in this district.  Venue is further appropriate under the doctrine of pendant venue.

## BACKGROUND

11.    All fifty states and the country of Canada have weight limits for trucks and other vehicles in order to prevent harm and to promote safety issues relating to their roads and bridges. While the maximum allowed weight varies, the common standard is 80,000 pounds gross vehicle weight. Most states require commercial vehicles to weigh on public scales at state-operated weight stations and collect significant fines from drivers in the event their vehicles exceed the maximum allowed weight.

12.    Because the penalties for a vehicle exceeding the weight guidelines for the various jurisdictions are often severe, drivers will often check their weight at a private certified weighing service to ensure compliance with regulations prior to encountering an official weigh station.  If the certified weighing service indicates that the vehicle and/or the trailer are overweight, the driver may respond by removing cargo from the trailer and/or adjusting the weight distribution by sliding trailer axles. The certified weighing service verifies the weight of the vehicle and issues a certificate of weight to the driver.

13.    CAT Scale is the largest provider of truck weighing services in the world.  Founded in 1977, CAT Scale revolutionized the trucking industry by introducing the first totally automated full-length platform scale, which allowed drivers to weigh their truck without the need to reposition to determine axle weight.  CAT Scale has spent over 45 years striving to provide professional drivers with the most accurate weights possible and operates the largest truck scale network in North America, with over 2,265 locations in 47 U.S. states and seven Canadian provinces, with new locations frequently being added.

14.    Founded by truck stop entrepreneur, Bill Moon, CAT Scale revolutionized the trucking

3

industry by introducing the first fully automated, full-length platform scale in 1977. For the first time, drivers had access to scales that could weigh their entire truck and trailer unit all at once. Further, drivers could get a weight on their vehicle that was guaranteed to be accurate with CAT Scale's unconditional guarantee.

15.    CAT Scale prides itself on providing accurate readings and guarantees accuracy to its customers—and has for over 45 years. In fact, this guarantee is the foundation of the company, as incorporated the basis of its very name: Certified Automated Truck (CAT) Scale. The guarantee is straight-forward: if a truck driver receives a fine for being overweight after weighing within the legal limit at a CAT Scale location, CAT Scale will either pay the fine or appear in court as an expert witness. In either scenario, the driver is covered by the guarantee and does not have to pay the fine, so long as the truck was weighed on a CAT Scale prior to receiving the citation. Truck drivers across the country seek out CAT Scale for its numerous, convenient locations, constant accessibility, and peace of mind provided by CAT Scale's unconditional guarantee.

16.    CAT Scale has continued to innovate throughout its history. Since the launch of its groundbreaking application, Weigh My Truck®, in 2013, CAT Scale has provided the public with a process that allows drivers to weigh their trucks through the convenience of a smart phone or tablet. The Weigh My Truck® app allows drivers to stay in their trucks, which is beneficial not only from a safety perspective, but also substantially reduces the time a driver spends on a vehicle weighment. Where weighment may have taken 30 minutes or longer before, a driver can now do so in about 60 to 90 seconds, resulting in improved efficiency and reduced downtime. Further still, the Weigh My Truck® app is available around the clock, enabling drivers to weigh their vehicles at any time. The Weigh My Truck® app provides numerous ways for the driver to pay for the service, including availability of individual or corporate accounts, and it digitizes the process of obtaining and

transmitting a ticket, while also creating a database or record of weigh-ins. The Weigh My Truck®
app is connected to CAT Scale's extensive network of over 2,265 certified scales across North
America, ensuring that drivers have accurate and reliable weighing services wherever they go.

### CAT Scale's Invention

17.     Before the advent of CAT Scale's Weigh My Truck® application and platform, drivers
had to navigate several challenges and inconveniences while weighing their vehicles. For instance,
drivers often had to wait in long lines at weigh stations, especially during peak hours, leading to
significant delays. Further, drivers would often have to enter and exit their vehicle multiple times in
order to speak to the weigh scale attendant or enter the truck stop or weigh station to pay and receive
their scale ticket. This was not only inconvenient and time consuming, but created a safety hazard for
drivers navigating the area and other moving trucks around their vehicle and the building, especially
during inclement weather.

18.     In addition, some weigh stations have limited hours of operation, restricting the times
during which drivers could weigh their trucks. Further, drivers often had inflexible payment options
and were often limited to paying for their vehicle weighing with cash or fuel cards. Further still, drivers
typically had to manually track their weigh tickets, which could be cumbersome and prone to loss or
damage. More particularly, physical weigh tickets could be easily lost, misplaced, or damaged, making
it difficult or impossible for drivers to be reimbursed, in addition to preventing the driver from using
the ticket as proof of the weigh in the event of assessment of an overweight fine. Conventional
weighing methods further required verbal communication with the weigh station attendants over
intercoms, which would sometimes lead to errors and/or miscommunications.

19.     CAT Scale set out to overcome many of the problems in the prior art associated with
certifying vehicle weights, including in remote locations without requiring an on-site weigh master.
CAT Scale's U.S. Patent No. 7,432,456 ("the '456 patent"), directed to a "System and Method for

Providing Certified Weighing Services at Remotely Attended Scales" was filed on September 3, 2004, and issued on October 7, 2008.  The '456 patent describes CAT Scale's innovations in the development of a method and apparatus for "a remotely attended scale system for providing certified weighing services for a vehicle."  A true and correct copy of the '456 patent is attached as Exhibit A.

20.    As previously noted, at the time of CAT Scale's groundbreaking efforts, the most widely available certifying scales were located at truck stops with an onsite staff or at freestanding stops with an onsite, full-time attendant.  Operating such scales is labor and training intensive. In addition, these scales were not available in remote areas, in less traveled parts of the country, or in places not having a conventional truck stop facility.

21.    With the limitations previously discussed in mind, CAT Scale continued its innovation efforts.  U.S. Patent No. 9,830,644 ("the '644 patent") was filed by CAT Scale on July 16, 2012, and issued on November 28, 2017.  The '644 patent introduced CAT Scale's pioneering technology, where weighment data from the vehicle scale could be fed directly to a customer via a mobile application on the customer's wireless device.  A true and correct copy of the '644 patent is attached as Exhibit B.

22.    U.S. Patent No. 10,460,380 ("the '380 patent") was filed by CAT Scale on October 25, 2017, as a continuation application, sharing a priority date with the '644 patent.  The '380 patent issued on October 29, 2019.  A true and correct copy of the '380 patent is attached as Exhibit C.

23.    As described in the '644 patent and the '380 patent, once the driver is on the scale platform and ready to be weighed, the driver can launch CAT Scale's Weigh My Truck® application, where the app provides detailed instructions for obtaining a certified weight and provides the weighment data through the customer's smart phone or other wireless device.  The driver or customer can further use the Weigh My Truck® app to pay the weighment fee while remaining in the safety of their vehicle.  The Weigh My Truck® app further retains this weighment information and history for

purposes of future reweighs and the convenience of recordkeeping.

24.     CAT Scale is the assignee and owner of the right, title, and interest in and to the '456 patent, the '644 patent, and the '380 patent.  Collectively, the '456 patent, the '644 patent, and the '380 patent are referred to herein as "the Asserted Patents."

**TruckPay's Activities**

25.     Years after CAT Scale revolutionized the vehicle and truck weighment process and launched its industry-leading Weigh My Truck® application and platform, TruckPay announced the release of its application "MyTruckScales."

26.     Many companies use online content (e.g., websites, social media, videos, etc.) to inform the public about their company and advertise the features of their products and services.  TruckPay is no different.  TruckPay has posted numerous videos on the YouTube® platform that describe its weighment system at issue in this Complaint, including the features of its products, its perceived innovations, and comparisons to other products and services.

27.     But despite entering the market years after CAT Scale launched its Weigh My Truck® app, TruckPay's promotional videos inaccurately describe its product, MyTruckScales, as "the **only** mobile and cloud scale and point of sale platform . . . providing the no-kiosk-required mobile technology to enable drivers to do their weighments themselves" and "the **only** fully mobile, cloud-based post-collection system on the market."  *See* TRUCKPAY, *Master Your Weighing Operations with MyTruckScales           Tablet           Kiosk*,           voiceover           at 00:31– 00:52 (YouTube, Aug. 21, 2024), https://www.youtube.com/watch?v=COusLiq52IY     (last visited June 9, 2025) (emphasis added); TRUCKPAY, *Revolutionizing Waste Management: Meet MyTruckScales | Cloud-Based & Touchless*, voiceover at 00:11–00:17 (YouTube, May 7, 2025), https://www.youtube.com/watch?v=IMKit5ShloU (last visited June 9, 2025) (emphasis added).

7



TRUCKPAY*, Master Your Weighing Operations, supra*, at description, https://www.youtube.com/watch?v=COusLiq52IY.



TRUCKPAY, *Revolutionizing Waste Management, supra*, at description, https://www.youtube.com/watch?v=IMKit5ShloU.

28.    In its promotional videos and marketing materials, TruckPay further misrepresents that its system replaces legacy platforms, and inaccurately claims to be the first platform to operate with no physical kiosks, no printers, no paper tickets, and no PC servers in the scale house. *Id.* at 00:18–00:37; TRUCKPAY, *Master Your Weighing Operations, supra*, at 01:40–01:46, https://www.youtube.com/watch?v=COusLiq52IY.

29.    TruckPay also falsely states that its MyTruckScales mobile technology is the "only" mobile and cloud scale and point-of-sale platform, "that enables you to run your scale operations with traditional weighmasters in the scale house while also providing the no-kiosk-required mobile technology to enable drivers to do their weighments themselves.". TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 00:31–00:58 and description, https://www.youtube.com/watch?v=COusLiq52IY. It also describes that a consumer can use a tablet or phone to manage pricing, inspections, e-tickets, taxes, and real time invoices. TRUCKPAY, *Revolutionizing Waste Management, supra*, at 00:37–00:47,

https://www.youtube.com/watch?v=IMKit5ShloU. TruckPay describes that its system integrates natively with routing ERPs such as Routeware Elements and Hauler Hero. *Id.* at 00:47 to 00:53. Further, although some states require the presence of attended weigh stations, including the physical presence of weigh masters, TruckPay misleadingly and consistently emphasizes in its advertising that its mobile technology eliminates the requirement of physical kiosks:



30.     TRUCKPAY, *Master Your Weighing Operations, supra*, at 01:40–01:43, https://www.youtube.com/watch?v=COusLiq52IY.   In its promotional materials and advertising, TruckPay includes a visual depiction of its mobile application listing the "Nearby Scale" as Tullo Truck Stop in Kearney, New Jersey.  Tullo Truck Stop is part of the CAT Scale network of certified truck scales.  This is well-known to drivers that have used the scale at this truck stop or conducted an online search.  The selective and intentional reference to Tullo Truck Stop, a well-known truck stop along I-95 with an existing and exclusive relationship with CAT Scale, is misleading.  Further still, it creates a false and misleading impression that MyTruckScales is associated or endorsed by CAT Scale. **It is neither**.



*See    Company    Drivers    &    Independent    Owner    Operators*, MyTruckScales,
https://mytruckscales.com/truck-drivers (last visited June 9, 2025).

31.    The MyTruckScales app will not function at a CAT Scale location.  More particularly,
the MyTruckScales app will not function at the CAT Scale truck weighing scale at the Tullo Truck
Stop.

32.    Additionally, beneath TruckPay's misleading reference to Tullo Truck Stop is what is
purported to be the phone number to Tullo Truck Stop, (201) 568-7750.  However, upon investigation
and belief, this phone number is associated with the owner of TruckPay, Mr. Barry Honig:



33.     Thus, TruckPay is performing a "bait and switch" where a potential customer attempting to contact the Tullo Truck Stop, and a CAT Scale location, would instead reach the owner of TruckPay at this number.

34.     TruckPay further attempts to falsely associate itself with the CAT Scale location at Tullo Truck Stop on the Google Play Store website. The Google Play Store requires app owners to provide app screenshots and visual elements with the app listing.  In that regard, for its MyTruckScales app, TruckPay provides a screenshot purporting to show an example screen under the header "Conveniently Track Your Weighment Ticket History" which again falsely and misleadingly references a weighment history at the Tullo Truck Stop:



*MyTruckScales - Truck Scales*, Google Play, https://play.google.com/store/apps/details?id=com.truck pay.mytruckscales.rnandroid&utm_source=na_Med (last visited June 9, 2025).

35.     Again, the Tullo Truck Stop is a well-known CAT Scale location along I-95 and was intentionally selected as part of a deliberate campaign to misleadingly confuse consumers as to TruckPay's affiliation or association with CAT Scale.

### TruckPay's Infringing Products and Services

36.     This section will describe what will be collectively referred to herein as "TruckPay's Infringing Products and Services."  TruckPay has been infringing, and continues to infringe, one or more claims of the Asserted Patents, at least through TruckPay's mobile app, MyTruckScales; its overarching truck scale management system; its services that allow for the elimination of physical kiosks, scale-house computers, data backups, and printers; its services that allow for a truck driver to complete a weigh-in themselves at an unattended site; and those products and services as described in the above section "TruckPay's Activities."

37.     On May 2, 2025, CAT Scale sent a letter to TruckPay providing notice of the Asserted Patents and demanding that it take immediate steps to cease its infringing conduct.  On May 22, 2025, TruckPay responded to the letter and indicated that it would not comply with CAT Scale's demands.

## COUNT I – UNFAIR COMPETITION AND FALSE ADVERTISING

38.     The allegations set forth in the foregoing paragraphs 1 through 37 are incorporated into this First Claim for Relief.

39.     Count I is a claim for federal unfair competition and false advertising 15 U.S.C. § 1125(a)(1)(B).

40.     TruckPay's acts and conduct complained of herein constitute unfair competition and false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

41.     TruckPay has knowingly made, and continues to make, false or misleading statements about its MyTruckScales product.

42.     As one example, TruckPay is commercially promoting and inaccurately describing its MyTruckScales product as the "only" mobile, cloud-based scale point of sale platform for weigh scales.  This is a false statement.  *See* TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 00:31–00:52, https://www.youtube.com/watch?v=COusLiq52IY ("The **only** mobile and cloud scale and point of sale platform . . . providing the no-kiosk-required mobile technology to enable drivers to do their weighments themselves." (emphasis added)) and TRUCKPAY, *Revolutionizing Waste Management, supra*, voiceover at 00:11–00:17 and description, https://www.youtube.com/watch?v=IMKit5ShloU ("The **only** fully mobile, cloud-based post-collection system on the market." (emphasis added)).



TRUCKPAY, *Master Your Weighing Operations, supra*, at description, https://www.youtube.com/watch?v=COusLiq52IY.



TRUCKPAY, *Revolutionizing Waste Management, supra*, at description, https://www.youtube.com/watch?v=IMKit5ShloU.

43.    TruckPay has direct knowledge of CAT Scale's mobile, cloud-based scale point of sale platform for weigh scales, Weigh My Truck® platform and the Asserted Patents, which describe the Weigh My Truck® platform.

44.    TruckPay has made, and continues to make, a deceptive comparison between its MyTruckScales product and CAT Scale's product that misrepresents the features and attributes of CAT Scale's Weigh My Truck® application and platform.  *See* TRUCKPAY*, Master Your Weighing Operations, supra*, voiceover at 00:31–00:52, https://www.youtube.com/watch?v=COusLiq52IY ("The **only** mobile and cloud scale and point of sale platform . . . providing the no-kiosk-required mobile technology to enable drivers to do their weighments themselves." (emphasis added)) and TRUCKPAY, *Revolutionizing Waste Management, supra*, voiceover at 00:11–00:17 and description, https://www.youtube.com/watch?v=IMKit5ShloU ("The **only** fully mobile, cloud-based post-collection system on the market." (emphasis added)).



TRUCKPAY, *Master Your Weighing Operations, supra*, at description, https://www.youtube.com/watch?v=COusLiq52IY.



TRUCKPAY, *Revolutionizing Waste Management, supra*, at description, https://www.youtube.com/watch?v=IMKit5ShloU.

45.    On information and belief, TruckPay has actually deceived consumers, including consumers in this judicial district, and its statements have the tendency to deceive its target audience.

46.    TruckPay's product, MyTruckScales, is used to facilitate interstate commerce.

47.    On information and belief, TruckPay's false statements have enabled, and will continue to enable, TruckPay to unfairly benefit from the deception of consumers, thereby giving TruckPay revenue and commercial value it would not otherwise have.

48.    On information and belief, CAT Scale has lost sales and revenue due to these false and misleading statements.

49.    On information and belief, the commercial value that TruckPay has unfairly acquired has reduced the commercial value of CAT Scale, thereby injuring CAT Scale.

50.    CAT Scale has been and will continue to be irreparably harmed and damaged by TruckPay's conduct complained of herein, and CAT Scale lacks an adequate remedy at law to compensate for this harm and damage.

## COUNT II – UNFAIR COMPETITION, FALSE ENDORSEMENT, FALSE ASSOCIATION, AND FALSE DESIGNATION OF ORIGIN

51.     The allegations set forth in the foregoing paragraphs 1 through 50 are incorporated into this Second Claim for Relief.

52.     Count II is a claim for federal unfair competition, false endorsement, false association, and false designation of origin under 15 U.S.C. § 1125(a)(1)(A).

53.     TruckPay's acts and conduct complained of herein constitute unfair competition, false endorsement, and/or false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A).

54.     TruckPay's use of the CAT Scale location, Tullo Truck Stop, to advertise, market, offer for sale, and/or sell its MyTruckScales app falsely suggests TruckPay to be an agent of and/or authorized by CAT Scale and further falsely or misleadingly suggests that the Tullo Truck Stop is an authorized affiliate of the MyTruckScales app when it is not.



*See   Company   Drivers   &   Independent   Owner   Operators*,   MyTruckScales,   *supra*, https://mytruckscales.com/truck-drivers.



*See MyTruckScales - Truck Scales*, Google Play, *supra*, https://play.google.com/store/apps/details?id
=com.truckpay.mytruckscales.rnandroid&utm_source=na_Med.

55.    The MyTruckScales app will not function at a CAT Scale weighing location.

56.    The MyTruckScales app will not function at the CAT Scale located at the Tullo Truck
Stop.

57.    TruckPay represents the phone number of Tullo Truck Stop is (201) 568-7750.

58.    On investigation and belief, (201) 568-7750 is a phone number belonging to Barry
Honig, the CEO of TruckPay.



59.    On information and belief, TruckPay has actually deceived consumers, including consumers in this judicial district, and its statements have the tendency to deceive its target audience.

60.    TruckPay's Product, MyTruckScales, is used to facilitate interstate commerce.

61.    On information and belief, TruckPay's false statements have enabled, and will continue to enable, TruckPay to unfairly benefit from the deception of consumers, thereby giving TruckPay revenue and commercial value it would not otherwise have.

62.    On information and belief, CAT Scale has lost sales and revenue due to these false and misleading statements.

63.    On information and belief, the commercial value that TruckPay has unfairly acquired has reduced the commercial value of CAT Scale, thereby injuring CAT Scale.

64.    CAT Scale has been and will continue to be irreparably harmed and damaged by TruckPay's conduct complained of herein, and CAT Scale lacks an adequate remedy at law to compensate for this harm and damage.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 7,432,456

65.    The allegations set forth in the foregoing paragraphs 1 through 64 are incorporated into this Third Claim for Relief.

66.    CAT Scale, as the assignee and owner of the right, title, and interest in and to the '456 patent, has the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them, including all past infringement. *Keranos, LLC v. Silicon Storage Tech., Inc.*, 797 F.3d 1025, 1030–34 (Fed. Cir. 2015) (holding an owner of all substantial rights in a patent has standing to sue for past infringement of expired patents); *Genetics Inst., LLC v. Novartis Vaccines & Diagnostics, Inc.*, 655 F.3d 1291, 1299 (Fed. Cir. 2011) ("[A]n expired patent may form the basis of an action for past damages subject to the six-year limitation under 35 U.S.C. § 286.").

67.    TruckPay's users directly infringed one or more claims of the '456 patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Services, prior to the expiration of the '456 patent.

68.    Without a license or permission from CAT Scale, TruckPay has induced the infringement of one or more claims of the '456 patent in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Services to and for customers with the intent and direction that the customer use TruckPay's Infringing Products and Services in a manner that infringed one or more claims of the '456 patent, prior to the expiration of the '456 patent.

69.    Without a license or permission from CAT Scale, TruckPay has contributed to the infringement of one or more claims of the '456 patent in violation of 35 U.S.C. § 271(c), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Service to and for customers knowing that TruckPay's Infringing Products and Services are especially made or especially adapted for use in a manner that infringed one or more

claims of the '456 patent, prior to the expiration of the '456 patent.

72. By way of example, TruckPay's infringement of one or more claims of the '456 patent is illustrated below in relation to claim 1 of the '456 patent. The figures referred to herein are screenshots showing TruckPay's Infringing Products and Services taken from websites or videos published by TruckPay. Quotations referred to herein are transcribed from the voiceover/audio of videos published by TruckPay.

71. Claim 1 of the '456 patent recites the following:

1. [Preamble] A remotely attended scale system for providing certified weighing services for a vehicle, comprising:

[1a] a plurality of weigh sites located remotely from one another, each weigh site having a scale capable of weighing the vehicle and at least one sensor to indicate the location of the vehicle relative to the scale;

[1b] the at least one sensor including a first camera and a second camera located at opposite ends of the scale to provide visual confirmation of proper vehicle placement, and a third camera located on a transverse side of the scale between the opposing sides of the scale, the at least one sensor to provide a weighmaster located at a central location associated with the plurality of weight sites with verification of proper vehicle placement in facilitation of a normal weighing process, wherein at least two of the first, second, and third cameras are located proximate to the scale and oriented to provide a field of view restricted substantially to a vehicle's position relative to the scale;

[1c] a certificate of weight unit capable of dispensing a certificate of weight by the weighmaster at the weigh site, the certificate of weight identifying the weighmaster, the vehicle and the gross weight of the vehicle;

[1d] a driver interface for communication between a driver at the weigh site and the weighmaster at the central location allowing two-way real-time vocal communication between the weighmaster and a user at one of the plurality of weigh sites; and

[1e] at least one video display at the central location adapted to display video from the at least one sensor for the weighmaster to verify proper vehicle placement.

72. TruckPay's Infringing Products and Services include or induce or contribute to use of "a remotely attended scale system for providing a certified weighing services for a vehicle." '456 patent at Claim 1 [Preamble]. "We're going to walk through MyTruckScales, the only scale e-ticketing virtual kiosk and remote weighmaster platform." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, voiceover at 00:05 (YouTube, Mar. 7, 2023),

https://www.youtube.com/watch?v=KSjINspygf8 (last visited June 9, 2025).

- ○ **Remote weigh-masters, where one weigh-master can simultaneously certify tickets on multiple sites, saving hundreds of thousands of dollars per year in hard to find and retain costly weigh-masters.**

- ○ **Drivers stay safely in their trucks, while getting an NTEP certified weight on their mobile device.**

**HOW IT WORKS**

**MyTruckScales (MTS) is an NTEP certified mobile application that lets drivers weigh from their vehicles. Drivers can buy, and sell products from their mobile devices without leaving their trucks.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, https://mytruckscales.com/ (last visited June 9, 2025).

73.    TruckPay's Infringing Products and Services include or induce or contribute to use of "a plurality of weigh sites located remotely from one another, each weigh site having a scale capable of weighing the vehicle and at least one sensor to indicate the location of the vehicle relative to the scale." '456 patent at [1a].

- ○ **Remote weigh-masters, where one weigh-master can simultaneously certify tickets on multiple sites, saving hundreds of thousands of dollars per year in hard to find and retain costly weigh-masters.**

- ○ **Link scales together, so that a driver can start a weighment on one scale and complete it on a different one, greatly improving operational efficiency.**

- ○ **Show a real-time view of all of the trucks, on a site, in the middle of completing a weighment workflow. This indicates how efficiently trucks are being processed at the site.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

74.    TruckPay's Infringing Products and Services include or induce or contribute to use of

"the at least one sensor including a first camera and a second camera located at opposite ends of the scale to provide visual confirmation of proper vehicle placement, and a third camera located on a transverse side of the scale between the opposing sides of the scale." '456 patent at [1b]. "The next thing that you can do is you can configure front and back cameras of your scale." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 02:27, https://www.youtube.com/watch?v=KSjINspygf8.

- ○ **Take pictures of the truck on the scale, with up to 3 cameras and include those images as a permanent part of the weigh-ticket for future review.**

- ○ **Show a real-time view of all of the trucks, on a site, in the middle of completing a weighment workflow. This indicates how efficiently trucks are being processed at the site.**

- ○ **Electronic inspections, where inspectors and load operators, at a transfer station, landfill, scrap/recycling facility, quarry, or grain elevator are instantly notified when a truck has been weighed, so that the truck can either be loaded or the load can be inspected. Inspectors can take pictures of the load, make notes on it, and sign-off, and make any necessary changes to the weigh ticket, while the system automatically changes the cost of the transaction.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

75.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "the at least one sensor to provide a weighmaster located at a central location associated with the plurality of weight sites with verification of proper vehicle placement in facilitation of a normal weighing process, wherein at least two of the first, second, and third cameras are located proximate to the scale and oriented to provide a field of view restricted substantially to a vehicle's position relative to the scale." '456 patent at [1b]. For example:

"E-inspections where inspectors in the facility can receive push notifications to quickly inspect a load." TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 01:55, https://www.youtube.com/watch?v=COusLiq52IY.

"You can configure a weighmaster for the scale as well, and when you do that you'll be able to set up a pin code that the weighmaster will then be able to use to validate weighments." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes, supra*, voiceover at 03:42, https://www.youtube.com/watch?v=KSjINspygf8.

76.     On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "a certificate of weight unit capable of dispensing a certificate of weight by the weighmaster at the weigh site, the certificate of weight identifying the weighmaster, the vehicle and the gross weight of the vehicle." '456 patent at [1c].  For example:

"E-inspections where inspectors in the facility can receive push notifications to quickly inspect a load." TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 01:55, https://www.youtube.com/watch?v=COusLiq52IY.

"You can configure a weighmaster for the scale as well, and when you do that you'll be able to set up a pin code that the weighmaster will then be able to use to validate weighments." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes, supra*, voiceover at 03:42, https://www.youtube.com/watch?v=KSjINspygf8.

○ **Electronic inspections, where inspectors and load operators, at a transfer station, landfill, scrap/recycling facility, quarry, or grain elevator are instantly notified when a truck has been weighed, so that the truck can either be loaded or the load can be inspected. Inspectors can take pictures of the load, make notes on it, and sign-off, and make any necessary changes to the weigh ticket, while the system automatically changes the cost of the transaction.**

○ **Drivers stay safely in their trucks, while getting an NTEP certified weight on their mobile device.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.







TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 11:26, https://www.youtube.com/watch?v=KSjINspygf8.

77.    On information and belief, TruckPay's Infringing Products and Services include, or induce or contribute to use of "a driver interface for communication between a driver at the weigh site and the weighmaster at the central location allowing two-way real-time vocal communication between the weighmaster and a user at one of the plurality of weigh sites." '456 patent at [1d].  For example:

"E-inspections where inspectors in the facility can receive push notifications to quickly inspect a load." TRUCKPAY, *Master Your Weighing Operations*, *supra*, voiceover at 01:55, https://www.youtube.com/watch?v=COusLiq52IY.

"You can then enter a support email and phone number." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 03:39, https://www.youtube.com/watch?v=KSjINspygf8.

"Now let's take a quick look at the profile view of the app.  You can see over here we have our email address or phone number. . . ." TRUCKPAY, *MyTruckScales: iOS Walkthrough*, voiceover at 04:36 (YouTube, Aug. 13, 2019), https://www.youtube.com/watch?v=XE

25

FmTFmkXZ0 (last visited June 9, 2025).

"One login mode allows you to specify the phone number or email or both of the driver being weighed in." TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 03:00, https://www.youtube.com/watch?v=COusLiq52IY.

"So we thought why not leverage the smart device that most drivers would have in their truck to be able to act as a substitute, an alternative, if you will, for a kiosk? . . ." TRUCKPAY, *Barry Honig Explains MyTuckScales at NISA Conference - Must Watch for the Trucking Industry*, voiceover at 11:09 (YouTube, Apr. 28, 2023), https://www.youtube.com/watch?v=oRkOgd7XlfA (last visited June 9, 2025).

○ **Electronic inspections, where inspectors and load operators, at a transfer station, landfill, scrap/recycling facility, quarry, or grain elevator are instantly notified when a truck has been weighed, so that the truck can either be loaded or the load can be inspected. Inspectors can take pictures of the load, make notes on it, and sign-off, and make any necessary changes to the weigh ticket, while the system automatically changes the cost of the transaction.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

78. On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "at least one video display at the central location adapted to display video from the at least one sensor for the weighmaster to verify proper vehicle placement." '456 patent at [1e]. For example: "E-inspections where inspectors in the facility can receive push notifications to quickly inspect a load." TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 01:55, https://www.youtube.com/watch?v=COusLiq52IY.

- ○ **Take pictures of the truck on the scale, with up to 3 cameras and include those images as a permanent part of the weigh-ticket for future review.**

- ○ **Show a real-time view of all of the trucks, on a site, in the middle of completing a weighment workflow. This indicates how efficiently trucks are being processed at the site.**

- ○ **Electronic inspections, where inspectors and load operators, at a transfer station, landfill, scrap/recycling facility, quarry, or grain elevator are instantly notified when a truck has been weighed, so that the truck can either be loaded or the load can be inspected. Inspectors can take pictures of the load, make notes on it, and sign-off, and make any necessary changes to the weigh ticket, while the system automatically changes the cost of the transaction.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

79.    TruckPay's infringement of one or more claims of the '456 patent is willful and intentional where TruckPay had actual knowledge of the '456 patent.  TruckPay had actual knowledge at least as early as September 28, 2019, from the prosecution of its own patent application pending before the U.S. Patent and Trademark Office (USPTO).  TruckPay did not submit an Information Disclosure Statement during prosecution, but the '456 patent was cited as pertinent by the Examiner in an Office Action pertaining to TruckPay's own patent application, U.S. Serial No. 16/451,482.  *See* Non-Final Office Action at 9, mailed September 18, 2019.  Despite this actual knowledge, TruckPay has willfully and intentionally infringed one or more claims of the '456 patent.

80.    CAT Scale is entitled to monetary damages resulting from TruckPay's willful acts of infringement of one or more claims of the '456 patent pursuant to 35 U.S.C. § 284 and 285, including pre-judgment and post-judgment interest.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 9,830,644

81.    The allegations set forth in the foregoing paragraphs 1 through 80 are incorporated into

this Fourth Claim for Relief.

82.    CAT Scale, as the assignee and owner of the right, title, and interest in and to the '644 patent, has the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them, including all past infringement.

83.    TruckPay's users directly infringe one or more claims of the '644 patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Services.

84.    Without a license or permission from CAT Scale, TruckPay has induced the infringement of one or more claims of the '644 patent in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Services to and for customers with the intent and direction that the customer use TruckPay's Infringing Products and Services in a manner that infringes one or more claims of the '644 patent.

85.    Without a license or permission from CAT Scale, TruckPay has contributed to the infringement of one or more claims of the '644 patent in violation of 35 U.S.C. § 271(c), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Service to and for customers knowing that TruckPay's Infringing Products and Services are especially made or especially adapted for use in a manner that infringes one or more claims of the '644 patent.

86.    By way of example, TruckPay's infringement of one or more claims of the '644 patent is illustrated below in relation to claim 1 of the '644 patent.  The figures referred to herein are screenshots showing TruckPay's Infringing Products and Services taken from websites or videos published by TruckPay.  Quotations referred to herein are transcribed from audio of videos published

28

by TruckPay.

87.    Claim 1 of the '644 patent recites the following:

1. [Preamble] An improved system of weighing a vehicle, the system comprising:
    [1a] the vehicle having at least two axles;
    [1b] the axles including a steer axle and a drive axle;
    [1c] at least two weight scales, each weight scale having a scale platform and receiving at least one axle of the vehicle;
    [1d] a separate communications device on each scale platform; wherein the vehicle driven onto the weight scale platforms results in at least one axle resting on each scale platform;
    [1e] the communications devices communicating that the axles of the vehicle are on the scale platform and providing notification whether the vehicle is being weighed or reweighed, whereby in response to the vehicle being reweighed, the vehicle is eligible for a discounted cost of the weighing;
    [1f] the communication devices communicating the vehicle identifying information to place a weighment request;
    [1g] the communication devices communicating with a communications device on each weight scale to authorize the weighment request;
    [1h] the communications devices determining a weighment of the vehicle from the weight of the vehicle located on the weight scale platforms; and
    [1i] provides notification through a communications device once the weighing process is complete;
    the improvement comprising:
    [1j] an application on a wireless device, wherein the application obtains GPS coordinates of the vehicle;
    [1k] wherein the application correlates the GPS coordinates of the vehicle with weight scale locations stored in a memory of the wireless device, whereby the wireless device displays the weight scale location associated with the GPS coordinates;
    [1l] wherein stored information in the wireless device determines whether the identical vehicle has been weighed at the weight scale within a 24 hour time-span and is therefore eligible for a discounted weighment;
    [1m] whereby if the stored information in the wireless device determines that the vehicle is eligible for the discounted weighment the wireless device automatically populates vehicle identifying information into the application; whereby if the stored information in the wireless device determines that the vehicle is not eligible for the discounted weighment, vehicle identifying information is inputted into the application;
    [1n] wherein the vehicle identifying information from the application communicates to the weight scale to place a weighment request;
    [1o] wherein the communications devices communicates from the weight scale that a vehicle on the weight scale needs to be verified for proper placement on the scale platforms, wherein verification of proper placement on the scale platforms is entered into the weight scale;
    [1p] wherein the communications devices of the weight scales replies to a scales server containing a weighment type and appropriate weighment fee is provided;
    [1q] wherein the weighment fee information from the scales server is relayed to the wireless device; whereby the user accepts or rejects the weighment fee on the application;

[1r] wherein an authorization request from the wireless device is sent to the scales server once the weighment fee has been accepted, whereby the scale server then relays, through a communications network, the authorization request to a credit authorization server to process payment of the weighment fee using payment data provided to the application;

[1s] wherein weighment data from the application is relayed to a web server once the authorization request is accepted, whereby the scale server then forwards the weighment data to the weight scale; and

[1t] wherein the weighment data from the weight scale is relayed to the web server, whereby a host server stores and archives the weighment data and relays the weighment data to the application for display on the wireless device.

88.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "an improved system of weighing a vehicle." '644 patent at Claim 1 [Preamble].



*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

89.    TruckPay's Infringing Products and Services include or induce or contribute to use of "the vehicle having at least two axles; the axles including a steer axle and a drive axle." '644 patent at [1a]-1[b].



TRUCKPAY, *1-Minute Weigh-in: Weighing a Truck with MyTruckScales App*, at 00:10 (YouTube, Feb. 7, 2024), https://www.youtube.com/watch?v=4sj_DquIOKo&t=55s (last visited June 9, 2025).



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, at 00:00 (YouTube, Mar. 17, 2023), https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s (last visited June 9, 2025).

90.    TruckPay's Infringing Products and Services include or induce or contribute to use of "at least two weight scales, each weight scale having a scale platform and receiving at least one axle of the vehicle." '644 patent at [1c].



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, *supra*, at 00:00, https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s.



TRUCKPAY, *1-Minute Weigh-in: Weighing a Truck with MyTruckScales App*, *supra*, at 00:10, https://www.youtube.com/watch?v=4sj_DquIOKo&t=55s.

91.     On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "a separate communications device on each scale platform; wherein the vehicle driven onto the weight scale platforms results in at least one axle resting on each scale platform." '644 patent at [1d].

92.    In order to obtain an axle weight, a scale must necessarily have scale platforms each with their own communications device.  TruckPay states that axle weighments are available, thus, the scales to which TruckPay directs drivers have scale platforms each with their own communications device.

> ○  Get axle weighments for over-the-road (OTR) compliance

*See  Company  Drivers  &  Independent  Owner  Operators*,  MyTruckScales,  *supra*, https://mytruckscales.com/truck-drivers.

> **TruckPay Granted Patent for the Weighing of Autonomous and Semi-Autonomous Trucks**
>
> August 31, 2022
>
> Tenafly, New Jersey
>
> **TruckPay** was granted a patent for its groundbreaking **MyTruckScales** contactless NTEP certified truck scale management system.  This patent puts **TruckPay** in a unique position to provide scale-owners, autonomous truck manufacturers, and fleet operators with the ability to take full advantage of using these types of vehicles to get NTEP certified weights and to automatically complete any type of weighment workflow. The system can be used for single platform or for axle scale weighments.
> **TruckPay's** CEO and President, Barry Honig said, "We are incredibly gratified that the US Patent & Trademark Office has again recognized the unique and innovative features of the **MyTruckScales** platform, as this is our third patent for the system."  Honig went on to say, "With the ongoing truck driver shortage, the need and customer demand for all types of autonomous and semi-autonomous trucks is rapidly growing and the need to have these trucks weighed, without human intervention, is also going to greatly expand.  Honig concluded by saying, "I want to congratulate my entire team for all the hard work that they have done to make TruckPay the absolute leading innovator in truck scale and fleet management technology.

*Press Releases*, TruckPay, https://truckpay.com (last visited June 9, 2025) (emphasis added).

"The great thing about MyTruckScales is that it is scale agnostic, meaning that you can use it with any type of wireless scale indicator.  TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 01:11–01:19, https://www.youtube.com/watch?v=KSjINspygf8.

93.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "the communications devices communicating that the axles of the vehicle are on the scale platform and providing notification whether the vehicle is being weighed or reweighed, whereby in response to the vehicle being reweighed, the vehicle is eligible for a discounted cost of the

weighing." '644 patent at [1e].







TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:34, https://www.youtube.com/watch?v=KSjINspygf8. "Allow the driver to do numerous weigh-ins before generating a ticket. For instance if a driver is too heavy and needs to lighten their load they can pull off the scale, lighten up, weigh again and only generate the ticket once they're satisfied with that weight. Alternatively, you can prevent drivers from doing this, which is by default the setting on MyTruckScales." *Id.*, voiceover at 06:27–06:50.



*Id.* at 06:32.

> ○   Take advantage of re-weighment discounts. Easily provide truck ID,
>     trailer ID, bin ID and container descriptions for those jobs that require
>     it

*See   Company   Drivers   &   Independent   Owner   Operators*, MyTruckScales, *supra*,
https://mytruckscales.com/truck-drivers.





TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:37, 11:30,
https://www.youtube.com/watch?v=KSjINspygf8.

94.    On information and belief, TruckPay's Infringing Products and Services include or

induce or contribute to use of "the communication devices communicating the vehicle identifying

information to place a weighment request." '644 patent at [1f].  "You can see here that we have our truck information page with our title description and two input items with our custom keyboards inputting numbers and alphanumeric characters.  The driver is then presented with an overview where they can see the weigh-in that they just did as well as the inputted information on the kiosk pages. They can then generate their scale ticket."  TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:01, https://www.youtube.com/watch?v=KSjINspygf8.









*Id.* at 11:03, 11:11, 11:21, and 11:26.

95.     On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "the communication devices communicating with a communications device on each weight scale to authorize the weighment request." '644 patent at [1g]. "The next thing that you're going to want to do is add the IP address and the port number of the scale indicator itself. This is going to be used by the mobile app so the driver can actually connect to the scale." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 01:35, https://www.youtube.com/watch?v=KSjINspygf8.







*Id.* at 10:32, 10:34, and 10:36.

96.     On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "the communications devices determining a weighment of the vehicle from the weight of the vehicle located on the weight scale platforms." '644 patent at [1h].



TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:48, https://www.youtube.com/watch?v=KSjINspygf8.

97.     TruckPay's Infringing Products and Services include or induce or contribute to use of "provides notification through a communications device once the weighing process is complete." '644 patent at [1i].   "The driver is then presented with an overview where they can see the weigh-in that they just did as well as the inputted information on the kiosk pages." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:12, https://www.youtube.com/watch?v=KSjINspygf8.





*Id.* at 10:48, 11:20.

98.    TruckPay's Infringing Products and Services include or induce or contribute to use of "an application on a wireless device, wherein the application obtains GPS coordinates of the vehicle." '644 patent at [1j].



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, *supra*, at 00:13, https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s.

99.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein the application correlates the GPS coordinates of the vehicle with weight scale locations stored in a memory of the wireless device, whereby the wireless device displays the weight scale location associated with the GPS coordinates." '644 patent at [1k]. "MyTruckScales automatically detects that we have a scale nearby and the kiosk that we set up on the web portal." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 10:38, https://www.youtube.com/watch?v=KSjINspygf8. "Next is configuring where your actual scale is. You can drop a pin on the map or you can just type in an address yourself. The next thing that you're going to want to do is select the distance unit for the geofence around the actual scale itself. We use geofences so then the drivers can automatically connect to the scales that they're closest to. If there's numerous scales within a geofence, the driver will then be able to select which scale they'd like to use to weigh in on. When you set up a scale on MyTruckScales, you'll be sent a physical sign that could be hung at the scale. That sign will have a location code on it which will correspond with the location code that appears on the mobile app when the driver goes to select the scale." TRUCKPAY,

*How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 02:46, https://www.youtube.com/watch?v=KSjINspygf8.



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, *supra*, at 00:10, https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s.

100.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein stored information in the wireless device determines whether the identical vehicle has been weighed at the weight scale within a 24 hour time-span and is therefore eligible for a discounted weighment." '644 patent at [1l].  "You can see that the app automatically detects that you've done your inbound weight and is now asking to do the outbound weight.  Now the driver is presented with the pages that correspond with doing the secondary weighment that we set up on the kiosk on the web portal." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:30–11:48, https://www.youtube.com/watch?v=KSjINspygf8.





*Id.* at 11:26, 11:30.

101.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "whereby if the stored information in the wireless device determines that the vehicle is eligible for the discounted weighment the wireless device automatically populates vehicle identifying information into the application; whereby if the stored information in the wireless device determines that the vehicle is not eligible for the discounted weighment, vehicle identifying information is inputted into the application." '644 patent at [1m]. "You can see that the app automatically detects that you've done your inbound weight and is now asking to do the outbound

weight.   Now the driver is presented with the pages that correspond with doing the secondary weighment that we set up on the kiosk on the web portal." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:30–11:48, https://www.youtube.com/watch?v=KSjINspygf8.



*Id.* at 11:30.

102.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein the vehicle identifying information from the application communicates to the weight scale to place a weighment request." '644 patent at [1n].  "You can see here that we have our truck information page with our title description and two input items with our custom keyboards inputting numbers and alphanumeric characters.  The driver is then presented with an overview where they can see the weigh-in that they just did as well as the inputted information on the kiosk pages.  They can then generate their scale ticket."  TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:01, https://www.youtube.com/watch?v=KSjINspygf8.









*Id.* at 11:03, 11:11, 11:21, and 11:26.

103.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein the communications devices communicates from the weight scale that a vehicle on the weight scale needs to be verified for proper placement on the scale platforms, wherein verification of proper placement on the scale platforms is entered into the weight scale." '644 patent at [1o].  "The next thing that you're going to want to do is add the IP address and the port number of the scale indicator itself.  This is going to be used by the mobile app so the driver can actually connect to the scale."  TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 01:35, https://www.youtube.com/watch?v=KSjINspygf8.  "E-inspections where inspectors in the facility can receive push notifications to quickly inspect a load."  TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 01:55, https://www.youtube.com/watch?v=COusLiq52IY.  "You can configure a weighmaster for the scale as well, and when you do that you'll be able to set up a pin code that the weighmaster will then be able to use to validate weighments."  TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 03:42, https://www.youtube.com/watch?v=KSjINspygf8.



*Id.* at 10:32.

- ○ **Show a real-time view of all of the trucks, on a site, in the middle of completing a weighment workflow. This indicates how efficiently trucks are being processed at the site.**

- ○ **Electronic inspections, where inspectors and load operators, at a transfer station, landfill, scrap/recycling facility, quarry, or grain elevator are instantly notified when a truck has been weighed, so that the truck can either be loaded or the load can be inspected. Inspectors can take pictures of the load, make notes on it, and sign-off, and make any necessary changes to the weigh ticket, while the system automatically changes the cost of the transaction.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

104.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein the communications devices of the weight scales replies to a scales server containing a weighment type and appropriate weighment fee is provided." '644 patent at [1p]. "You can then select a weighing method: tare and then gross, gross and then tare, tare only, gross only, and inbound outbound." TᴙᴜᴄᴋPᴀʏ, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 06:01, https://www.youtube.com/watch?v=KSjINspygf8. "You can also

48

create axle specifications for doing axle weighments." *Id.*, voiceover at 04:17.



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 03:40, https://www.youtube.com/watch?v= XEFmTFmkXZ0.

105.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein the weighment fee information from the scales server is relayed to the wireless device; whereby the user accepts or rejects the weighment fee on the application." '644 patent at [1q].



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 03:40, https://www.youtube.com/watch?v= XEFmTFmkXZ0.

106.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein an authorization request from the wireless device is sent to the scales server once the weighment fee has been accepted, whereby the scale server then relays, through a communications network, the authorization request to a credit authorization server to process payment of the weighment fee using payment data provided to the application." '644 patent at [1r].



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 03:40, https://www.youtube.com/watch?v=XEFmTFmkXZ0.

107.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein weighment data from the application is relayed to a web server once the authorization request is accepted, whereby the scale server then forwards the weighment data to the weight scale." '644 patent at [1s].  "I can see that newly generated ticket that will be on his app forever and always and will be on our dashboard for you to look at and search through at your convenience if you are the owner of that scale." TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, voiceover at 04:18, https://www.youtube.com/watch?v=XEFmTFmkXZ0.  "Now let's click on 'tickets' where you'll be able to see all of your scale e-tickets in real time." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 09:40, https://www.youtube.com/watch?v=KSjINspygf8.

108.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to use of "wherein the weighment data from the weight scale is relayed to the web

server, whereby a host server stores and archives the weighment data and relays the weighment data to the application for display on the wireless device." '644 patent at [1t]. "'Tickets' is a view of all of your historical tickets that you've created after you've weighed in and paid for your load so you don't have to worry about having a paper ticket any longer and keeping track of those." TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, voiceover at 01:12, https://www.youtube.com/watch?v=XEFmTFmkXZ0. "I can see that newly generated ticket that will be on his app forever and always and will be on our dashboard for you to look at and search through at your convenience if you are the owner of that scale." *Id.,* voiceover at 04:18. "The driver can then view all of their scale tickets, never have to worry about losing them, and can filter them or export them. . . . By tapping on the ticket you can view all the information about that specific ticket." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 12:34, https://www.youtube.com/watch?v=KSjINspygf8.



TRUCKPAY*, MyTruckScales: iOS Walkthrough*, *supra*, at 01:22, https://www.youtube.com/watch?v=XEFmTFmkXZ0.

109.    TruckPay's infringement of one or more claims of the '644 patent is willful and

intentional where TruckPay had actual knowledge of the '644 patent. TruckPay had actual knowledge at least as early as September 28, 2019, from the prosecution of its own patent application pending before the U.S. Patent and Trademark Office (USPTO). TruckPay did not submit an Information Disclosure Statement during prosecution, but the '644 patent was cited as a ground of rejection by the Examiner in an Office Action pertaining to TruckPay's own patent application, U.S. Serial No. 16/451,482. *See* Non-Final Office Action at 2, mailed September 18, 2019. Despite this actual knowledge, TruckPay has willfully and intentionally infringed one or more claims of the '456 patent.

110. CAT Scale is entitled to monetary damages resulting from TruckPay's willful acts of infringement of the '644 patent pursuant to 35 U.S.C. § 284 and 285, including pre-judgment and post-judgment interest.

### COUNT V – INFRINGEMENT OF U.S. PATENT NO. 10,460,380

111. The allegations set forth in the foregoing paragraphs 1 through 110 are incorporated into this Fifth Claim for Relief.

112. CAT Scale, as the assignee and owner of the right, title, and interest in and to the '380 patent, has the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them, including all past infringement.

113. TruckPay's users directly infringe one or more claims of the '380 patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Services.

114. Without a license or permission from CAT Scale, TruckPay has induced or the infringement of one or more claims of the '380 patent in violation of 35 U.S.C. § 271(b), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Services to and for customers with the intent and direction that the customer use TruckPay's Infringing Products and Services in a manner that infringes one or more claims of the

'380 patent.

115.    Without a license or permission from CAT Scale, TruckPay has contributed to the infringement of one or more claims of the '380 patent in violation of 35 U.S.C. § 271(c), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale TruckPay's Infringing Products and Service to and for customers knowing that TruckPay's Infringing Products and Services are especially made or especially adapted for use in a manner that infringes one or more claims of the '380 patent.

116.    By way of example, TruckPay's infringement of one or more claims of the '380 patent is illustrated below in relation to claim 1 of the '380 patent.  The figures referred to herein are screenshots showing TruckPay's Infringing Products and Services taken from websites or videos published by TruckPay.  Quotations referred to herein are transcribed from audio of videos published by TruckPay.

117.    Claim 1 of the '380 patent recites the following:

1. [Preamble] An improved method of weighing a vehicle, the method comprising:
[1a] driving a vehicle having at least two axles onto at least two weight scales, each weight scale having a scale platform and receiving at least one axle of the vehicle, the scale platforms each having a separate communications device; wherein driving the vehicle onto the scale platforms results in at least one axle resting on each scale platform;
[1b] communicating from the communications devices of the scale platforms that the at least one axle of the vehicle are on the scale platform;
[1c] providing notification whether the vehicle is being weighed or reweighed, whereby in response to the vehicle being reweighed, the vehicle is eligible for a discounted cost of the weighing;
[1d] communicating from the communications devices the vehicle identifying information to place a weighment request;
[1e] communicating from the communications device to a communications device on each weight scale to authorize the weighment request,
[1f] determining a weighment of the vehicle by the communications devices from weight of the vehicle located on the scale platforms; and
[1g] providing notification of the weighment through a communications device once the determining step is complete;
the improvement comprising:
[1h] obtaining GPS coordinates of the vehicle through an application on a wireless

device;

[1i] correlating through the application the GPS coordinates of the vehicle with weight scale locations stored in a memory of the wireless device, whereby the wireless device displays the weight scale location associated with the GPS coordinates;

[1j] determining through stored information in the wireless device whether the vehicle is eligible for a discounted weighment, in which case if it is the wireless device automatically populates vehicle identifying information into the application, and in which case if it is not vehicle identifying information is inputted into the application;

[1k] communicating vehicle identifying information from the application to the weight scale to place a weighment request;

[1l] communicating from the communications devices of the scale platforms that a vehicle on the weight scale needs to be verified for proper placement on the scale platform of each of the at least two weight scales, wherein verification of proper placement on the scale platforms is entered into the weight scale;

[1m] replying from the communications devices of the weight scale to a scales server containing a weighment type and providing appropriate weighment fee;

[1n] relaying the appropriate weighment fee from the scales server containing a weighment type to the wireless device, whereby a user accepts or rejects the weighment fee on the application;

[1o] sending an authorization request from the wireless device to the scales server once the weighment fee has been accepted, whereby the scale server then relays, through a communications network, the authorization request to a credit authorization server to process payment of the weighment fee using payment data provided to the application;

[1p] relaying weighment data from the application to a web server once the authorization request is accepted, whereby the scale server then forwards the weighment data to the weight scale; and

[1q] relaying weighment data from the weight scale to the web server, whereby a host server stores and archives the weighment data and relays the weighment data to the application for display on the wireless device.

118.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "an improved method of weighing a vehicle." '380 patent at Claim 1 [Preamble].

○    **Drivers stay safely in their trucks, while getting an NTEP certified weight on their mobile device.**

**HOW IT WORKS**

MyTruckScales (MTS) is an NTEP certified mobile application that lets drivers weigh from their vehicles. Drivers can buy, and sell products from their mobile devices without leaving their trucks.

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

119.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "driving a vehicle having at least two axles onto at least two weight scales, each weight scale having a scale platform and receiving at least one axle of the vehicle, the scale platforms each having a separate communications device; wherein driving the vehicle onto the scale platforms results in at least one axle resting on each scale platform." '380 patent at [1a].





TRUCKPAY, *1-Minute Weigh-in: Weighing a Truck with MyTruckScales App*, *supra*, at 00:10, https://www.youtube.com/watch?v=4sj_DquIOKo&t=55s.



TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:24, https://www.youtube.com/watch?v=KSjINspygf8.



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, *supra*, at 00:00, https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s.

○ Get axle weighments for over-the-road (OTR) compliance

*See Company Drivers & Independent Owner Operators*, MyTruckScales, *supra*, https://mytruckscales.com/truck-drivers.



**TruckPay Granted Patent for the Weighing of Autonomous and Semi-Autonomous Trucks**

August 31, 2022

Tenafly, New Jersey

**TruckPay** was granted a patent for its groundbreaking **MyTruckScales** contactless NTEP certified truck scale management system. This patent puts **TruckPay** in a unique position to provide scale-owners, autonomous truck manufacturers, and fleet operators with the ability to take full advantage of using these types of vehicles to get NTEP certified weights and to automatically complete any type of weighment workflow. The system can be used for single platform or for axle scale weighments. **TruckPay's** CEO and President, Barry Honig said, "We are incredibly gratified that the US Patent & Trademark Office has again recognized the unique and innovative features of the **MyTruckScales** platform, as this is our third patent for the system." Honig went on to say, "With the ongoing truck driver shortage, the need and customer demand for all types of autonomous and semi-autonomous trucks is rapidly growing and the need to have these trucks weighed, without human intervention, is also going to greatly expand. Honig concluded by saying, "I want to congratulate my entire team for all the hard work that they have done to make TruckPay the absolute leading innovator in truck scale and fleet management technology.

*Press Releases*, TruckPay, *supra*, https://truckpay.com (emphasis added).

"The great thing about MyTruckScales is that it is scale agnostic, meaning that you can use it with any type of wireless scale indicator. TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 01:11–01:19, https://www.youtube.com/watch?v=KSjINspygf8.

    120.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "communicating from the communications devices of the scale platforms that the at least one axle of the vehicle are on the scale platform." '380 patent at [1b].







TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:32, 10:33, and 10:34, https://www.youtube.com/watch?v=KSjINspygf8.

121.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "providing notification whether the vehicle is being weighed or reweighed, whereby in response to the vehicle being reweighed, the vehicle is eligible for a discounted cost of the weighing." '380 patent at [1c].

"Allow the driver to do numerous weigh-ins before generating a ticket. For instance if a driver is too heavy and needs to lighten their load they can pull off the scale, lighten up, and weigh again and only generate the ticket once they're satisfied with that weight. Alternatively, you can prevent drivers from doing this, which is by default the setting on MyTruckScales." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 06:27–06:50, https://www.youtube.com/watch?v=KSjINspygf8.



*Id.* at 06:32.

> ○ Take advantage of re-weighment discounts. Easily provide truck ID, trailer ID, bin ID and container descriptions for those jobs that require it

*See Company Drivers & Independent Owner Operators*, MyTruckScales, *supra*, https://mytruckscales.com/truck-drivers.





TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:37 and 11:30, https://www.youtube.com/watch?v=KSjINspygf8.

122.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "communicating from the communications devices the vehicle identifying information to place a weighment request." '380 patent at [1d]. "You can see here that we have our truck information page with our title description and two input items with our custom keyboards inputting numbers and alphanumeric characters. The driver is then presented with an overview where they can see the weigh-in that they just did as well as the inputted information on the kiosk pages. They can then generate their scale ticket." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under*

*15 Minutes*, *supra*, voiceover at 11:01, https://www.youtube.com/watch?v=KSjINspygf8.









*Id.* at 11:03, 11:11, 11:21, and 11:26.

123.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "communicating from the communications device to a communications device on each weight scale to authorize the weighment request." '380 patent at [1e]. "The next thing that you're going to want to do is add the IP address and the port number of the scale indicator itself. This is going to be used by the mobile app so the driver can actually connect to the scale." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 01:35, https://www.youtube.com/watch?v=KSjINspygf8.







*Id.* at 10:32, 10:34, and 10:36.

124.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "determining a weighment of the vehicle by the communications devices from weight of the vehicle located on the scale platforms." '380 patent at [1f].



TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, at 10:48, https://www.youtube.com/watch?v=KSjINspygf8.

125.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "providing notification of the weighment through a communications device once the determining step is complete." '380 patent at [1g].  "The driver is then presented with a n overview where they can see the weigh-in that they just did as well as the inputted information on the kiosk pages." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:11, https://www.youtube.com/watch?v=KSjINspygf8.





*Id.* at 10:48 and 11:20.

126.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "obtaining GPS coordinates of the vehicle through an application on a wireless device." '380 patent at [1h].



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, *supra*, at 00:13, https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s.

127.   On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "correlating through the application the GPS coordinates of the vehicle with weight scale locations stored in a memory of the wireless device, whereby the wireless device displays the weight scale location associated with the GPS coordinates." '380 patent at [1i].  "MyTruckScales automatically detects that we have a scale nearby and the kiosk that we set up on the web portal." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 10:38, https://www.youtube.com/watch?v=KSjINspygf8.  "Next is configuring where your actual scale is. You can drop a pin on the map or you can just type in an address yourself.  The next thing that you're going to want to do is select the distance unit for the geofence around the actual scale itself.  We use geofences so then the drivers can automatically connect to the scales that they're closest to.  If there's numerous scales withing a geofence, the driver will then be able to select which scale they'd like to use to weigh in on.  When you set up a scale on MyTruckScales, you'll be sent a physical sign that could be hung at the scale.  That sign will have a location code on it which will correspond with the location code that appears on the mobile app when the driver goes to select the scale." *Id*., voiceover

at 02:46.



TRUCKPAY, *How to Weigh A Truck In 30 Seconds*, *supra*, at 00:10, https://www.youtube.com/watch?v=WVV_U7OOn4Q&t=1s

128.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "determining through stored information in the wireless device whether the vehicle is eligible for a discounted weighment, in which case if it is the wireless device automatically populates vehicle identifying information into the application, and in which case if it is not vehicle identifying information is inputted into the application." '380 patent at [1j]. "You can see that the app automatically detects that you've done your inbound weight and is now asking to do the outbound weight.  Now the driver is presented with the pages that correspond with doing the secondary weighment that we set up on the kiosk on the web portal." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 11:30–11:40, https://www.youtube.com/watch?v=KSjINspygf8.





*Id.* at 11:26 and 11:30.

129.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "communicating vehicle identifying information from the application to the weight scale to place a weighment request." '380 patent at [1k]. "You can see here that we have our truck information page with our title description and two input items with our custom keyboards inputting numbers and alphanumeric characters.  The driver is then presented with an overview where they can see the weigh-in that they just did as well as the inputted information on the kiosk pages.  They can then generate their scale ticket." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under*

69

*15 Minutes*, *supra*, voiceover at 11:01, https://www.youtube.com/watch?v=KSjINspygf8.









*Id.* at 11:03, 11:11, 11:21, and 11:26.

130.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "communicating from the communications devices of the scale platforms that a vehicle on the weight scale needs to be verified for proper placement on the scale platform of each of the at least two weight scales, wherein verification of proper placement on the scale platforms is entered into the weight scale." '380 patent at [1l].  "The next thing that you're going to want to do is add the IP address and the port number of the scale indicator itself.  This is going to be used by the mobile app so the driver can actually connect to the scale."  TRUCKPAY, *How to Setup a Truck Scale*

*&     Kiosk     in     Under     15     Minutes*, *supra*, voiceover at 01:35, https://www.youtube.com/watch?v=KSjINspygf8. "E-inspections where inspectors in the facility can receive push notifications to quickly inspect a load." TRUCKPAY, *Master Your Weighing Operations, supra*, voiceover at 01:55, https://www.youtube.com/watch?v=COusLiq52IY. "You can configure a weighmaster for the scale as well, and when you do that you'll be able to set up a pin code that the weighmaster will then be able to use to validate weighments." TRUCKPAY, *How to Setup a Truck Scale     &     Kiosk     in     Under     15     Minutes*, *supra*, voiceover at 03:42, https://www.youtube.com/watch?v=KSjINspygf8.



*Id.* at 10:32.

     ○   **Show a real-time view of all of the trucks, on a site, in the middle of completing a weighment workflow. This indicates how efficiently trucks are being processed at the site.**

○ **Electronic inspections, where inspectors and load operators, at a transfer station, landfill, scrap/recycling facility, quarry, or grain elevator are instantly notified when a truck has been weighed, so that the truck can either be loaded or the load can be inspected. Inspectors can take pictures of the load, make notes on it, and sign-off, and make any necessary changes to the weigh ticket, while the system automatically changes the cost of the transaction.**

*MyTruckScales, Powered by TruckPay*, MyTruckScales, *supra*, https://mytruckscales.com/.

131.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "replying from the communications devices of the weight scale to a scales server containing a weighment type and providing appropriate weighment fee." '380 patent at [1m]. "You can then select a weighing method: tare and then gross, gross and then tare, tare only, gross only, and inbound outbound." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 06:01, https://www.youtube.com/watch?v=KSjINspygf8.   "You can also create axle specifications for doing axle weighments." *Id.*, voiceover at 04:17.



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 03:40, https://www.youtube.com/watch?v=

XEFmTFmkXZ0.

132.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "relaying the appropriate weighment fee from the scales server containing a weighment type to the wireless device, whereby a user accepts or rejects the weighment fee on the application." '380 patent at [1n].



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 03:40, https://www.youtube.com/watch?v= XEFmTFmkXZ0.

133.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "sending an authorization request from the wireless device to the scales server once the weighment fee has been accepted, whereby the scale server then relays, through a communications network, the authorization request to a credit authorization server to process payment of the weighment fee using payment data provided to the application." '380 patent at [1o].



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 03:40, https://www.youtube.com/watch?v=XEFmTFmkXZ0.

134.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "relaying weighment data from the application to a web server once the authorization request is accepted, whereby the scale server then forwards the weighment data to the weight scale." '380 patent at [1p].  "I can see that newly generated ticket that will be on his app forever and always and will be on our dashboard for you to look at and search through at your convenience if you are the owner of that scale."  TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, voiceover at 04:18, https://www.youtube.com/watch?v=XEFmTFmkXZ0.   "Now let's click on 'tickets' where you'll be able to see all of your scale e-tickets in real time."  TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 09:40, https://www.youtube.com/watch?v=KSjINspygf8.

135.    On information and belief, TruckPay's Infringing Products and Services include or induce or contribute to "relaying weighment data from the weight scale to the web server, whereby a

host server stores and archives the weighment data and relays the weighment data to the application for display on the wireless device." '380 patent at [1q]. "'Tickets' is a view of all of your historical tickets that you've created after you've weighed in and paid for your load so you don't have to worry about having a paper ticket any longer and keeping track of those." TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, voiceover at 01:12, https://www.youtube.com/watch?v=XEFmTFmkXZ0. "I can see that newly generated ticket that will be on his app forever and always and will be on our dashboard for you to look at and search through at your convenience if you are the owner of that scale." *Id.*, voiceover at 04:18. "The driver can then view all of their scale tickets, never have to worry about losing them, and can filter them or export them. . . . By tapping on the ticket you can view all the information about that specific ticket." TRUCKPAY, *How to Setup a Truck Scale & Kiosk in Under 15 Minutes*, *supra*, voiceover at 12:34, https://www.youtube.com/watch?v=KSjINspygf8.



TRUCKPAY, *MyTruckScales: iOS Walkthrough*, *supra*, at 01:22, https://www.youtube.com/watch?v= XEFmTFmkXZ0.

136.    On information and belief, TruckPay had actual or constructive notice of the '380 patent. TruckPay's infringement of the '380 patent is willful and intentional.

137.    CAT Scale is entitled to monetary damages resulting from TruckPay's willful acts of infringement of the '380 patent pursuant to 35 U.S.C. § 284 and 285, including pre-judgment and post-judgment interest.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, CAT Scale demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, CAT Scale respectfully requests this Court to enter judgment against TruckPay and grant the following relief:

A.    An adjudication that TruckPay engaged in unfair competition, false advertising, false endorsement, false association, and/or false designation of origin;

B.    An order that TruckPay and its respective officers, directors, agents, servants, employees, attorneys, licensees, successors, and assigns, and those in active concert or participation with any of them, remove all advertisements, promotions, displays, signage, publications, articles, or any other materials in its possession or control which make false claims or promote unfair competition as alleged in this Complaint and an injunction against future use of the same;

C.    An order that TruckPay compensate CAT Scale for all earnings, profits, receipts, and advantages derived from TruckPay's marketing of goods and services in association with the unlawful acts alleged in this Complaint;

D.    An adjudication that TruckPay infringed one or more claims of the Asserted Patents;

E.    An adjudication that TruckPay willfully infringed one or more claims of the Asserted Patents;

F.    An award of damages to be paid by TruckPay adequate to compensate CAT Scale for TruckPay's past infringement of the Asserted Patents, and any continuing or future infringement

through the date such infringement is ceased, including interest, costs, expenses and an accounting of all infringing acts;

G.    An injunction prohibiting TruckPay and its respective officers, directors, agents, servants, employees, attorneys, licensees, successors, and assigns, and those in active concert or participation with any of them, from engaging in any further acts of infringement against the Asserted Patents;

H.    An award of damages for the willful and deliberate infringement of the Asserted Patents to which CAT Scale is entitled, including enhanced damages under 35 U.S.C. § 284 and attorney fees under 35 U.S.C. § 285; and

I.    An award to CAT Scale of such further relief at law or in equity as the Court deems just and proper.

Dated:  June 12, 2025

Respectfully submitted,

*/s/ Allison E. Kerndt*
Allison E. Kerndt
Wendy K. Marsh
Olivia C. Martzahn
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, Iowa 50309
T: (515) 283-3100
F: (515) 283-3108
E: akerndt@nyemaster.com
E: wkmarsh@nyemaster.com
E: lmartzahn@nyemaster.com

**ATTORNEYS FOR PLAINTIFF
CAT SCALE COMPANY**